**Jugvir Inder SINGH, Plaintiff–Appellant,**

v.

**COMMONWEALTH OF AUSTRALIA, Defendant–Appellee,**

and

**Union of India, Defendant–Appellee,**

and

**United Nations, Defendant–Appellee.**

No. 2008–1307.

United States Court of Appeals, Federal Circuit.

June 6, 2008.

John E. Prominski Jr., Miles & Stockbridge, P.C., McLean, VA, for Defendant–Appellee, Commonwealth of Australia.

Jugvir Inder Singh, Orlando, FL, pro se.

Rarendra Sen, Embassy of India, Washington, DC, for Defendant–Appellee, Union of India.

Nicolas Michel, United Nations, New York, NY, for Defendant–Appellee, United Nations.

*ORDER*

Pursuant to this court's order filed May 22, 2008,

IT IS ORDERED THAT:

The appeal is hereby transferred to the U.S. Court of Appeals for the District of Columbia.